**FILED**
JUL 18 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-CR-1541-MMA |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| PATRICK DAIMAR GLADNEY, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 18, 2016.

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge